UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | No. 2:96 CR 85 |
| ) | |
| JOHN LOCK      ) | |

### O R D E R

The court has received a letter from defendant John Lock, who asks for an update as to whether he will be transferred to another prison facility to receive planned medical treatment. (DE # 259.) Administrative inquiries of this nature must be directed to the Bureau of Prisons. 18 U.S.C. § 3621(b) ("The Bureau of Prisons shall designate the place of the prisoner's imprisonment . . . [and] . . . may at any time . . . direct the transfer of a prisoner from one penal or correctional facility to another."). Further, the Bureau of Prisons' decisions on these issues are not subject to judicial review. 18 U.S.C. § 3625. Thus, to the extent the letter can be construed as a motion, the motion (DE # 259) is **DENIED**.

                                                        **SO ORDERED.**

Date: November 6, 2025

                                                s/James T. Moody
                                                JUDGE JAMES T. MOODY
                                                UNITED STATES DISTRICT COURT